UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN ANDREW CHAMBERS,<br><br>Defendant. | Case No. 1:18-cr-00076-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Ryan Chambers' Motion for Compassionate Release. Dkt. 28. The Government opposes the motion. Dkt. 30. After considering the briefing and record, the Court will deny the motion.

# BACKGROUND

In 2018, Chambers pled guilty to possession of child pornography and was sentenced to 240 months incarceration. Chambers was arrested after sharing child pornography with an undercover officer and soliciting child pornography from the officer. *PSR*, Dkt. 16. He also solicited a third-party to send him sexually explicit photos of herself or her daughter. *Id.* At the time of the offense conduct, Chambers was on supervised release for a conviction of possession of sexually explicit

**MEMORANDUM DECISION AND ORDER - 1**

images of minors. *Id.*

Chambers has served approximately 31 months of his sentence. His projected release date is December 16, 2034. Chambers is currently incarcerated at FCI Safford, which has 1 inmate and 5 staff with active COVID-19 infections. https://www.bop.gov/coronavirus/ (last accessed March 9, 2021).

Chambers is 39 years old. BOP medical records indicate that he has an unspecified disease of the esophagus and gastro-esophageal reflux disease. Dkt. 31 at 5. Chambers alleges that he has since been diagnosed with Zenker's Diverticulum, which according to the Mayo Clinic is a pouch that forms in the throat.[1] Chambers also alleges he has hypertension, but according to BOP records, this condition resolved. Dkt. 31 at 89. Esophageal disease is not recognized, by the CDC, as placing an individual at greater complication of COVID-19.[2]

## LEGAL STANDARD

Chambers seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine

---

[1] https://www.mayoclinic.org/medical-professionals/digestive-diseases/news/treatment-of-zenkers-diverticulum/mac-20431393 (last accessed March 9, 2021).

[2] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last accessed March 9, 2021).

**MEMORANDUM DECISION AND ORDER - 2**

whether a defendant has exhausted his or her administrative remedies. *Id*. If the exhaustion requirement is met, the court must consider the 18 U.S.C. § 3553(a) factors. *Id.* Then the Court may grant compassionate release only if the defendant shows that "extraordinary and compelling reasons warrant such a reduction." and the reduction is "consistent with applicable policy statements" issued by the U.S. Sentencing Commission. *Id*.; *United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019). The defendant bears the burden of establishing that extraordinary and compelling reasons exist to justify compassionate release. *See United States v. Greenhut,* 2020 WL 509385, at *1 (C.D. Cal. Jan. 31, 2020) (citing *United States v. Sprague*, 135 F.3d 1301, 1306-07 (9th Cir. 1998)).

## ANALYSIS

Chambers requested compassionate release from the Warden of his facility, which was denied on September 23, 2020. Therefore, his motion is ripe for consideration.

The § 3553(a) factors do not warrant a reduction of Chambers' sentence. Chambers has only served 31 months of his sentence. Chambers solicited and distributed child pornography while on supervised release for the same crime. The Court has considered Chambers' post-sentence conduct and finds that it does not significantly alter the § 3553(a) analysis. Further, the Court can not find that

**MEMORANDUM DECISION AND ORDER - 3**

Chambers is not a danger to the community considering his disregard for his previous conditions of supervised release.

Chambers has also not demonstrated extraordinary and compelling reasons warranting his release. He is 39 years old and has no health conditions that put him at an increased risk of complications from COVID. Further, FCI Safford has only one inmate with an active COVID infection and BOP is actively distributing vaccines.

## ORDER

**IT IS ORDERED** that Ryan Andrew Chambers' Motion for Compassionate Release (Dkt. 28) is DENIED.

DATED: March 10, 2021

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 4