UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN ANDREW CHAMBERS,<br><br>    Defendant. | Case No. 1:18-cr-00076-DCN-1<br><br>**MEMORANDUM DECISION AND ORDER** |

## I. INTRODUCTION AND ANALYSIS

Pending before the Court is Defendant Ryan Chambers's Motion to Supplement (Dkt. 57) his previous motion for release from custody (Dkt. 52). The Court denied Chambers's previous motion for release and published the decision on June 8, 2023. Dkt. 56. Chambers submitted his Motion to Supplement on June 13, 2023, and the Court received this Motion one week later on June 20, 2023. Dkt. 57, at 1, 3. As it is possible that Chambers had not yet received the Court's decision on his motion for release from custody before submitting the instant Motion, the Court will GRANT Chambers's Motion to Supplement and address its merits as if they were included in Chambers's prior motion for release.

Although Chambers's supplement provides additional facts about his experience with medical professionals while incarcerated (Dkt. 57, at 1–2), the legal arguments presented in the supplement are no different from those presented in his original motion for release. *Compare* Dkts. 52, 57. Accordingly, Chambers has still failed to provide

sufficiently extraordinary and compelling reasons to justify a permanent reduction of his sentence. In short, the instant Motion does not change the Court's prior decision that Chambers's motion for release from custody must be DENIED.

## II. ORDER

The Court HEREBY ORDERS:

1. Chambers's Motion to Supplement (Dkt. 57) is GRANTED.

2. Having considered the information contained therein, however, Chambers's Motion for Release from Custody (Dkt. 52) remains DENIED.

DATED: June 29, 2023

David C. Nye
Chief U.S. District Court Judge